[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-11484
Non-Argument Calendar
_____

D.C. Docket No. 7:11-cv-02114-LSC

SUIKO PRZEDWOJEWSKI,

Plaintiff - Appellant,

versus

NHS MANAGEMENT, LLC,
JACKSONVILLE HEALTH AND REHABILITATION, LLC,
ROBINSON-ADAMS INSURANCE, INC.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(January 15, 2013)

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this action is affirmed for the reasons set forth in the

MEMORANDUM OF OPINION entered by the district court on February 17,

2012.

**AFFIRMED.**